UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD COHAN,

      Plaintiff,

v.                                                                    Case No:  2:14-cv-372-FtM-38DNF

THE MARINER MOTEL &
APARTMENTS,

      Defendant.

                                    /

## **ORDER**[1]

This matter comes before the Court on Motion to Dismiss or to Quash (Doc. #12) filed on September 2, 2014.  Although given the opportunity, Plaintiff has not filed a response and the time to do so has expired.  This matter is now ripe for review.

Defendant filed this two page simple motion requesting that this case be dismissed or the service on Defendant be quashed.  Defendant has not provided the relative summons, case law, or enough to grant its request.[2]  Plaintiff has not filed his return of service on the docket and Plaintiff's deadline to do so has not expired.  See generally Fed. R. Civ. P. 4(m).  Thus, even if Plaintiff's service to Defendant was defective, Plaintiff has time to cure the deficiency prior to his 120 day deadline.  For these reasons, the Court finds the motion is due to be denied.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

[2] Defendant's motion does not comply with Local Rule 3.01(a) in that the motion does not contain "a memorandum of legal authority in support of the request." M.D. Fla. Local Rule 3.01(a).

Accordingly, it is now

**ORDERED:**

Motion to Dismiss or to Quash (Doc. #12) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record